IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE X,                    )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                        )   C.A. No. 21-499 (VAC)<br>                              )<br> CLAIRE DEMATTEIS,            )<br>                              )<br>         Defendants.          )| |

## ORDER

At Wilmington, this 9th day of June 2022, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. The Amended Complaint is DISMISSED as frivolous and for failure to state claims upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii). Amendment is futile.

2. The Clerk of Court is directed to CLOSE the case.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge